AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| OCEANUS ENGINEERING, INC., a Florida corporation,<br><br>*Plaintiff(s)*<br><br>v.<br><br>BLUE WATER MANUFACTURING, LLC, a Florida limited liability company, and SCUBA MONKEY DIVE CENTER L.L.C., a Floria limited liabilty company,<br><br>*Defendant(s)* | Civil Action No. 23-cv-81004-AMC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Blue Water Manfacturing, LLC
Timothy P. Boehnlein, Registered Agent
13585 NW 101st Dr., Suite 700
Alachua, FL  32615

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Edward F. McHale
McHale & Slavin, P.A.
2855 PGA Blvd.
Palm Beach Gardens, FL
561-625-6575
litigation@mchaleslavin.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 07/07/2023

Angela E. Noble
Clerk of Court

**SUMMONS**

s/ J. Adams
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| OCEANUS ENGINEERING, INC., a Florida corporation, <br><br> *Plaintiff(s)* <br><br> v. <br><br> BLUE WATER MANUFACTURING, LLC, a Florida limited liability company, and SCUBA MONKEY DIVE CENTER L.L.C., a Floria limited liabilty company, <br><br> *Defendant(s)* | Civil Action No. 23-cv-81004-AMC |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Scuba Monkey Dive Center, L.L.C.
Timothy P. Boehnlein, Registered Agent
13585 NW 101st Dr., Suite 700
Alachua, FL  32615


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Edward F. McHale
McHale & Slavin, P.A.
2855 PGA Blvd.
Palm Beach Gardens, FL
561-625-6575
litigation@mchaleslavin.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 07/07/2023



Angela E. Noble
Clerk of Court

**SUMMONS**

s/ J. Adams

Deputy Clerk
U.S. District Courts